# Court of Appeals
# of the State of Georgia

ATLANTA,  September 22, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0067.   JACQUELINE DACOSTA v. LAMAR COMPANIES d/b/a LAMAR ADVERTISING OF ATLANTA.**

On June 13, 2014, the superior court entered summary judgment in favor of Lamar Companies and against Jacqueline Dacosta. On July 16, 2014, Dacosta filed a notice of appeal.

Pretermitting whether the trial court's order is directly appealable, we lack jurisdiction because the appeal is untimely. A notice of appeal must be filed within 30 days after the entry of the trial court's order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Here, Dacosta filed her notice of appeal 33 days after the trial court's order was entered. Accordingly, we lack jurisdiction to consider this appeal, and it is hereby DISMISSED.

Appellee's motion to dismiss is DENIED AS MOOT.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,  09/22/2014
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*